UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    TANYA A. ST. FELIX | : | |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Bky. No.  06-10713 ELF |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Motion of Tanya St. Felix, by her Attorney-In-Fact Dale B. Kennedy of American Property Locators, Inc. for Order Directing Payments of Funds in Court Registry, the response thereto of Tanya St Felix, by her bankruptcy attorney of record, and after a hearing, and for the reasons set forth in the accompanying Memorandum:

It is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART AND DENIED IN PART**.

2. The Clerk of Court shall **REFUND** the sum of **$6,337.91** to the Debtor, Tanya St. Felix, by mailing a check payable to her at her current address as set forth on the court docket. See 28 U.S.C. §2042.

Date:   October 4, 2010

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE